```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :     ORDER
                                     :
        - v. -                       :     12 Cr. 932
                                     :
RICHARD FRANCO,                      :
    a/k/a "Big Rich,"                :
LAZARUS FRANCO,                      :
    a/k/a "Laz,"                     :
LATWON GARCIA,                       :
    a/k/a "LaLa,"                    :
DAMIEN GIRDNER,                      :
    a/k/a "D,"                       :
FUQUAN JONES,                        :
    a/k/a "Fruit,"                   :
    a/k/a "Black,"                   :
GEORGE LAURIANO,                     :
JOHN LAURIANO,                       :
    a/k/a "Little,"                  :
JASON ROSARIO,                       :
    a/k/a "Rat Boy,"                 :
KENNETH SIDERS,                      :
    a/k/a "K,"                       :
ISMAEL SIDIBE,                       :
    a/k/a "Ish,"                     :
RASHEEN SMITH,                       :
    a/k/a "Flea,"                    :
JOSE VALETTE,                        :
    a/k/a "Joe," and                 :
LUKE WOOLFOLK,                       :
    a/k/a "Lucas,"                   :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York,

Preet Bharara, by Assistant United States Attorneys Andrew Bauer and Sarah Krissoff;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore,

ORDERED that the Indictment 12 Cr. 932 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 20, 2012

```
                                    _____
                                    SARAH NETBURN
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK
```