UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                 :

UNITED STATES OF AMERICA,        :        12 Cr. 932 (TPG)
                                                                 :        Electronically Filed

        *– against –*                    :

                                                                 :        NOTICE OF APPEARANCE
                                                                  :        AND REQUEST FOR
        RICHARD FRANCO,                     :        ELECTRONIC NOTIFICATION
                Defendant.                        :
                                                                   :
-------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of RICHARD FRANCO and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:    New York, New York
             January 4, 2013

                                                          Respectfully submitted,

                                                          /s/ Joshua L. Dratel
                                                         Joshua L. Dratel
                                                          JOSHUA L. DRATEL, P.C.
                                                          2 Wall Street, 3rd Floor
                                                          New York, New York 10005
                                                          (212) 732-0707
                                                          JDratel@joshuadratel.com

                                                          *Attorney for Defendant Richard Franco*