AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| <u>            U.S.            </u> <br> *Plaintiff* <br> v. <br> <u>    Franco, et al.    </u> <br> *Defendant* | ) <br> ) <br> )    Case No.    12 CR 00932 (TPG) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Court-appointed defense counsel, as Coordinating Discovery Attorney</u>.

Date:    <u>04/22/2013</u>                             *[signature]*
                                                            *Attorney's signature*

                                           Emma M. Greenwood / EG3434
                                           *Printed name and bar number*

                                           299 Broadway, Suite 802
                                           New York NY 10007
                                           *Address*

                                           emma@emgesq.com
                                           *E-mail address*

                                           (212) 227-5906
                                           *Telephone number*

                                           (212) 227-5907
                                           *FAX number*