UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States

                 Plaintiff,

Case No. 12 Cr 932-001 (TPG)

    -against-
Richard Franco

                 Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joshua L. Dratel**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **JLD4037**    My State Bar Number is **1795954**

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Joshua L. Dratel, P.C.
                  FIRM ADDRESS: 2 Wall Street, New York, New York 10005
                  FIRM TELEPHONE NUMBER: (212) 732-0707
                  FIRM FAX NUMBER: (212) 571-3792

NEW FIRM:    FIRM NAME: Joshua L. Dratel, P.C.
                    FIRM ADDRESS: 29 Broadway, Suite 1412, New York, NY 10006
                  FIRM TELEPHONE NUMBER: (212) 732-0707
                  FIRM FAX NUMBER: (212) 571-3792

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 30, 2013

                                              ATTORNEY'S SIGNATURE