# EXHIBIT 6

To The Honorable Judge Thomas P. Griesa

I am writing on behalf of my brother Richard Franco.  I have known my brother all his life, he is younger than me, there is five of us all together and it was never not the best way to grow up. I was the oldest, he came right after me and he always looked up to me. I wasn't the best example, we grew up in the projects, our parents were drug addicts and we were raised by our grandmother which passed away this past January of 2015. I will not say that was an excuse for being any different from good, but it didn't make us take too many things serious. Although, I tell you one thing even though we went through lots of things when young our bond with each other can never be broken. It made us stronger and closer. Knowing that my brother is in there has made me a different person, knowing the kind and loving person he is and loved by so many people will surprise you.

Richard is also a loving father of two daughters (Maya and Kyra) which he loves so much, and they miss him dearly. Before his incarceration he was always very involved in their well being and constantly concerned in their school and education. When they visit him or he calls them he always makes sure he ask every question any concerned parent would ask. Always makes sure he can call before they go to sleep to wish them a good night.

He knows that he has made mistakes and truly regrets it, but no matter what we have been through as children we will never repeat it in the future and that is why I'm here to let you know that our family bond and support for one another is so important to us that we will make sure to assist Richard in obtaining a job, and making better choices to better his future for his life, and his children.

I would be most appreciative if you would consider leniency for my brother.

Respectfully,

Sergio Requez