EXHIBIT 7

EVELYN LAURIANO<br>
154 BROOME STREET, #15B<br>
NEW YORK, NY 10002<br>
EMAIL:  KCANDMAYA@YAHOO.COM

April 29, 2015

Honorable Thomas P. Griesa

    Re:    Leniency Plea for Richard Franco

Dear Honorable Sir:

    First, Your Honor, let me say that this is the hardest letter I have ever had to write, because this is the only opportunity that I will have to plead for clemency for my son, Richard Franco.

    Let me share with you a little about Richard the son and Richard the father.  Richard is my second oldest child and I must admit that he did not have the easiest childhood; because both his father and I were addicts, he was forced to grow up before his time, assuming responsibilities that are too big for a 12 years old child – and then his father died making matters worse,

    Richard is also the father of two girls Maya 8 and Kyra 9 and one son Shamar 18 (a burn victim, who is not his biological son, but a child he adopted after his mother and sister Destiny (Richard's daughter) perished in an apartment fire). He is an attentive father that actively participates in every aspect of his children's lives – like taking them to school, helping with homework, taking them to the playground – all the while supplying the continued love, nurturing and guidance that they need

    I know that my son is not devoid of guilt, but he is not guilty of a violent crime and I pray that you consider the above and grant him leniency when sentencing.

    Thanking you in advance.

                                                        Respectfully submitted,

                                                     Evelyn Lauriano