# EXHIBIT 9

Dear Judge:

Hi my name is Jazmine Medina, cousin of Richard Franco.  This letter that I pour my heart out in is an act of love for a man that I've known and loved all my life.  We were raised as brother and sister for the most part.  Richard Franco is a good man, a wonderful father to two beautiful girls who love and adore him, and he is an uncle of many but especially to my 4 year old who he plays a major role in her life who also she loves and adores this man.  This is a plea for some understanding and most of all some lenience on his time because Richard is very loved and much needed by his daughters and all his loved ones.  He is a great value to his family and we need him in our lives!  Please be good to him as he's been nothing but good to us.

Thank you for your time and patience,

Jazmine Medina