# EXHIBIT 12

Dear Honorable Judge,

My name is Lisa Cherrez and I am a receptionist at a running organization. I am writing on behalf of Richard Franco who is being tried for Conspiracy of Drug Leader. I have known Richard for about 10 years now and it deeply saddens me to know what he is being charged with. I was introduced to Richard by my cousin who is the mother of his children and we met at my niece's first birthday party. Richard stands a great 6 feet and 5 inches, whole feet taller than me. His height may intimidate some but his upbeat personality and affection towards his daughters made it easy to welcome Richard to our family.

Getting to know Richard over the years I've got the pleasure to witness him become into such a loveable and dependable father to both of his beautiful daughters. He made it his obligation to make sure his daughters always received whatever gifts or present they wanted, as long as they're grades were spectacular and chores completed. Richard has taught his daughters to always be grateful for the things god has blessed their family with such as good health, shelter, and most importantly love.

When Richard was taken away his daughters were distraught. The only way his daughters would be able to fall asleep would be clenching onto their father's shirt since it was the only thing that still remained of their father's scent.  This broke my heart and still continues to break my heart knowing his daughters cannot hold Richard's hand to feel safe, to receive an embracing hug for reassurance when his daughters are upset, and to ask for questions seeking guidance about life. Richard is such a humble person who deserves to be physically there for both of his daughters to witness them grow, to hear them laugh, to attend school plays. I pray he returns to his daughters as soon as possible. Thank you for taking the time to read this letter.


Greatly appreciated,

Lisa Cherrez