# EXHIBIT 15

To whom it may concern,

My name is Patrick Rodriguez and Richard Franco has been a long time friend of mine.  He has known my family for quite some time, I have known him for 20 plus years.  Richard is a great person with a golden heart.  I'm writing this letter in hopes that leniency may be considered during his sentencing.  Richard's incarceration has affected many lives and leniency on him would also be leniency on the lives it has affected.

I am willing to help in any way that I can.  At the moment I am working for Elliman and will be able to provide Richard with employment at the time of his release.  If you have any further questions or comments please feel free to contact me at any time with the information provided below.  Thank you for your time and patience.


Sincerely,

Patrick Rodriguez