# EXHIBIT 17

Dear Your Honor,

Hi I am the daughter of Richard Franco. My name is Maya Franco I'm ten years old. My dad has been there since birth but my dad missed a very sad part of my life because he was not there when my great grandmother died. My dad was there for me through any other losses and it was hard on me and my sister Kyra. My great grandma was the queen, the top of the tower, and we all loved her very much.

I know the love my dad shows me is unconditional love. The love my dad shows me can never be replaced.

My dad always keeps me in his heart and I will keep him in my mind. One of us can go to sleep and never wake up so please let my dad come home to me. This hurt having to handle my dad not being there and each day of him being in there slices my heart in half.

Maya Franco
*Maya Lul maria franco*