# EXHIBIT 18

To whom it may concern,

      My name is Maritza Santos, and I have known Richard Franco for over 20 years.  I have spent a lot of time with him and know that Richard is a very good person.  We have helped each other many times over the years and his incarceration has affected many lives, including mine.  I am writing this letter in hopes you can be lenient on his sentence.

      I am willing to help him in any way that I can.  I work as a manager for a residential building, and I am able to furnish Richard with a job as a janitor/super in the building that I am working for.  I hope this letter reaches you with understanding, and helps you understand that there are many people who would love to see him come home as soon as possible.  If you have any further questions or comments, please feel free to contact me at any time.  Thank you for taking the time to read this letter.

Sincerely,

Maritza Santos