UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,        :
                                 :   12 Cr. 932 (PAC)
-v-                              :
                                 :   ~~Proposed~~ Order
RICHARD FRANCO,                  :
                                 :
    *Defendant.*                 :
                                 :
-------------------------------------------------------X

To: the United States Marshals Office
It is hereby ordered:

That the Defendant, RICHARD FRANCO, Register Number 67818-054, having been sentenced in the above captioned case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated: New York, New York                   SO ORDERED
       June  25 , 2020

                                            _____
                                            PAUL A. CROTTY
                                            United States District Judge